UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff | ) | CIVIL ACTION NO. 19-cv-01518 |
| | ) | |
| | ) | |
| v. | ) | JUDGE |
| | ) | |
| $75,269.00 IN UNITED STATES CURRENCY,<br>  Defendant *in rem.* | ) | MAGISTRATE JUDGE |
| | ) | |
| | ) | |

## **VERIFIED COMPLAINT FOR FORFEITURE**

NOW INTO COURT comes the UNITED STATES OF AMERICA (the "Government") by and through the United States Attorney for the Western District of Louisiana and the undersigned Assistant United States Attorney, who brings this Complaint for Forfeiture *in rem* for the reasons set forth hereafter:

### **JURISDICTION AND VENUE**

1. This Court has original jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 1345 and 1355(a) as the Government is the plaintiff commencing this forfeiture action.

2. Venue is proper before this Court pursuant to 28 U.S.C. § 1391(b)(2), as a substantial part of the events or omissions giving rise to the Government's claims occurred in the Western District of Louisiana.

3. Venue is also proper before this Court pursuant to 28 U.S.C. §§ 1395(a) and (b), as the defendant *in rem* was found and seized in the Western District of Louisiana.

### **DEFENDANT *IN REM***

4. The defendant *in rem* of this action consists of SEVENTY-FIVE THOUSAND TWO HUNDRED SIXTY-NINE DOLLARS ($75,269.00) in U.S. Currency that was seized on

June 18, 2019 at 11015 Gustav Road, Abbeville, Louisiana 70510 (hereinafter the "Defendant Property").

5. The Defendant Property remains in the custody of the United States Postal Inspection Service.

## FACTS

6. The U.S. Mail is often used by narcotics traffickers to transport controlled substances. This occurs because traffickers know that the U.S. Mail, particularly Express and Priority Mail, is considered First Class Mail and is protected against inspection without a Federal Search Warrant.

7. On June 17, 2019, Postal Inspectors were reviewing inbound parcels from Colorado to the Vermilion Parish 705 area zip code, when a parcel was noticed heading to Abbeville, LA 70510. The Parcel was addressed to Robert Leblanc, 11015 Gustave Rd., Abbeville La, 70510. The return address listed H. Movvone, 1605 Utah St., Golden CO 80401. The parcel had a Priority Mail label affixed to it with tracking number 9505510725569165534687 ("the Parcel").

8. An investigation into postal records revealed that the names listed on the parcel were not associated with the return or addressees' addresses. The name found to be associated with the 11015 Gustave Road, Abbeville, LA address was Brent Leblanc.

9. The Parcel was suspicious because Postal Inspectors have identified the origin city, Golden, Colorado and surrounding areas as a source area for narcotics and controlled substances. Additionally, the Parcel was suspicious because narcotics traffickers often use fictitious names, or names not associated with the addresses to avoid detection.

10. The Parcel was pulled from the mail stream and the Vermilion Parish Sheriff's Office Narcotics Division was notified.

11. On June 18, 2019, a Postal Inspector and detective from the Vermilion Parish Sheriff's Office traveled to the 11015 Gustave Road, Abbeville, LA address and spoke with Brent Leblanc. Leblanc admitted the Parcel was his and that the contents were marijuana. After he was advised of his rights, Leblanc consented to the search of the Parcel, which contained approximately one pound of marijuana and five pounds of brownies containing THC. Leblanc stated he paid $2100 in cash for the Parcel. Leblanc also stated that he usually sells the marijuana for $80 for a quarter of an ounce. The brownies were for his own consumption.

12. A further search of postal records showed thirteen other parcels coming from Golden, Colorado to the 11015 Gustave Rd., Abbeville, LA 70510 address since October of 2017.

13. Leblanc consented to a search of his home, where additional narcotics (marijuana and pills) and drug paraphernalia were found and seized. The Defendant Property was also found during the search and was seized.

14. On August 1, 2019, the United States Postal Service ("USPS") sent Notice of Seizure of Property and Initiation of Administrative Forfeiture Proceedings as required by 18 U.S.C. § 983(a)(1)(A) to the known interested parties: Brent Leblanc, through counsel Donald D. Cleveland, 819 St. John St., Lafayette, LA 70501 and Lawrence C. Billeaud, 706 W. University Ave., Lafayette, LA 70506 and Robert Leblanc, 11015 Gustave Road, Abbeville, LA 70501.

15. Leblanc filed a claim of ownership to the Defendant Property on September 3, 2019. The time has expired for any other person to file a claim to the Defendant Property under 18 U.S.C. §§ 983(a)(2)(A)-(E), and no person other than Leblanc has filed a claim to the Defendant Property as required by law in the administrative forfeiture proceeding.

16. Leblanc claimed that the Defendant Property was his life savings and was not related to the sale of marijuana.

## **VIOLATION OF 21 U.S.C. § 841**

17. Pursuant to 21 U.S.C. § 841(a)(1), it is unlawful for any person to knowingly or intentionally manufacture, distribute, dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance.

18. The Defendant Property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(b) because it was furnished or intended to be furnished in exchange for a controlled substance; is traceable to such an exchange; or was money used or intended to be used to facilitate a violation of Chapter 13, Subchapter I of Title 21 of the United States Code.

19. This action is required to be brought in the United States District Court pursuant to 18 U.S.C. § 983(a)(3)(A), because Brent Leblanc filed a claim of ownership in the administrative forfeiture proceeding.

## **CONCLUSION AND RELIEF**

Plaintiff, the United States of America, requests that a warrant and summons be issued for the arrest and seizure of the Defendant Property; that due notice be given to all interested persons known or thought to have an interest in or right against the Defendant Property to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the Defendant Property be condemned and forfeited to the United States of America; that the United States of America be awarded costs and disbursements in this action according to law; and that the United States be granted such other further relief as this Court may deem just and proper.

                                          Respectfully submitted,

                                          DAVID C. JOSEPH
                                          United States Attorney

                                          *s/ Melissa L. Theriot*

Dated:   November 26, 2019          MELISSA L. THERIOT (#22628)
                                          Assistant United States Attorney
                                          800 Lafayette St., Suite 2200
                                          Lafayette, LA 70501
                                          Telephone:   (337) 262-6618
                                          Facsimile:    (337) 262-6693
                                          Email: melissa.theriot@usdoj.gov

**VERIFICATION**

I, CHRISTOPHER PECKNE, state that I am a Postal Inspector with the United States Postal Inspection Service in the Houston Division Headquarters. I have read the foregoing Complaint for Forfeiture and declare under penalty of perjury that the facts contained therein are true and correct based upon knowledge possessed by me or upon information received from other law enforcement agents.

_____
Christopher Peckne, Postal Inspector

Dated: 11/22/2019

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

## DEFENDANTS
$75,269 in U.S. Currency

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Melissa L. Theriot, #22628, Assistant United States Attorney, 800 Lafayette Street, Suite 2200, Lafayette, LA 70501-6832
Telephone: (337) 262-6618

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
21 U.S.C. 841, 881, 18 U.S.C. 981(b)

Brief description of cause:
Civil Asset Forfeiture

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE: 11/26/2019

SIGNATURE OF ATTORNEY OF RECORD
s/ Melissa L. Theriot

**FOR OFFICE USE ONLY**

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | ) <br> ) <br> ) | CIVIL ACTION NO. 19-cv-01518 |
| v. | ) <br> ) | JUDGE |
| $75,269 IN UNITED STATES CURRENCY,<br>Defendant *in rem.* | ) <br> ) <br> ) | MAGISTRATE JUDGE |

## **WARRANT FOR ARREST OF PROPERTY *IN REM***

TO: THE MARSHAL OF THE UNITED STATES

WHEREAS, on November 26, 2019, the United States of America filed a Verified Complaint for Forfeiture in the United States District Court for the Western District of Louisiana, alleging that the Defendant Property, to wit: SEVENTY-FIVE THOUSAND TWO HUNDRED SIXTY NINE DOLLARS ($75,269.00) in United States Currency, seized by the United States Postal Inspection Service (the "Postal Service") on or about June 18, 2019, is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(b), for the reasons set forth in the Complaint; and

WHEREAS, the Defendant Property is currently in the possession, custody and control of the government; and

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of Court to issue an arrest warrant in rem for the arrest of the Defendant Property; and

WHEREAS, Supplemental Rule G(3)(c) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it, who may be a marshal or any other United States officer or employee; and

WHEREAS, pursuant to 18 U.S.C. § 981(c), the Defendant Property is deemed to be in the custody of the Postal Service subject to further orders of the Court;

NOW THEREFORE, YOU ARE HEREBY COMMANDED to arrest the above named Defendant Property by serving a copy of this warrant on the Postal Service in whose possession, custody and control the Defendant Property is presently found and who is to use whatever means may be appropriate to protect and maintain it in its custody until further order of the Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

SIGNED this _____ day of November, 2019.

                                      CLERK, UNITED STATES DISTRICT COURT
                                      WESTERN DISTRICT OF LOUISIANA

                                      By: _____
                                            DEPUTY